# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-309-RJC-DCK

| | |
|---|---|
| L & M COMPANIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIGGERS III PRODUCE, INC. )<br>d/b/a Charlotte's Finest Produce, et al., )<br>)<br>Defendants. )<br>_____ )<br>C. H. ROBINSON COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIGGERS III PRODUCE, INC. )<br>d/b/a Charlotte's Finest Produce, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER**<br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO. 3:08-CV-314 |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff C.H. Robinson Company's Agreed Motion To Consolidate" (Document No. 13) filed July 23, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion, the record, and the applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff C.H. Robinson Company's Agreed Motion To Consolidate" (Document No. 13) is **GRANTED**. The Clerk is directed to consolidate

civil action number 3:08-CV-314-RJC-CH into the earlier filed related civil action 3:08-CV-309-RJC-DCK.

Signed: July 24, 2008

David C. Keesler
United States Magistrate Judge