IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-309-RJC-DCK

| | |
|---|---|
| L & M COMPANIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIGGERS III PRODUCE, INC. )<br>d/b/a Charlotte's Finest Produce, )<br>HOWARD R. BIGGERS, III and )<br>DONALD BURNETTE, )<br>)<br>Defendants. )<br>_____)<br>BUSHMANS', INC., )<br>)<br>Intervening Plaintiff, )<br>)<br>v. )<br>)<br>BIGGERS III PRODUCE, INC. )<br>d/b/a Charlotte's Finest Produce, et al., )<br>HOWARD R. BIGGERS, III and )<br>DONALD BURNETTE, )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS CAUSE** having come before the Court on motion of local counsel for Intervenor Plaintiff D&T Brokerage, Inc. for admission *pro hac vice* of Bruce W. Akerly, and it appearing to the Court under Local Rule 83.1(B) that Mr. Akerly should be admitted *pro hac vice* as representing Intervenor Plaintiff D&T Brokerage, Inc.

**IT IS THEREFORE ORDERED** that the motion is granted and that Bruce W. Akerly is admitted to practice before this Court *pro hac vice*.

Signed: September 15, 2008

David C. Keesler
United States Magistrate Judge