# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:08-CV-309-RJC-DCK

| | |
|---|---|
| L & M COMPANIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BIGGERS III PRODUCE, INC. ) | |
| d/b/a Charlotte's Finest Produce, ) | |
| HOWARD R. BIGGERS, III and ) | |
| DONALD BURNETTE, ) | |
| ) | |
| Defendants. ) | |
| C.H. ROBINSON COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BIGGERS III PRODUCE, INC. ) | |
| d/b/a Charlotte's Finest Produce, et al., ) | |
| HOWARD R. BIGGERS, III and ) | |
| DONALD BURNETTE, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. This matter has been referred to the undersigned Magistrate Judge pursuant to Judge Conrad's Oral Order of June 22, 2009.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Status and Discovery Hearing, on **Monday, July 13, 2009**, prepared to discuss the status of this case and to discuss a future judicially supervised settlement conference. The Clerk will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**IT IS SO ORDERED**.

Signed: July 1, 2009

David C. Keesler
United States Magistrate Judge