# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-309-RJC-DCK

| | |
|---|---|
| L & M COMPANIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BIGGERS III PRODUCE, INC. ) | |
| d/b/a Charlotte's Finest Produce, ) | |
| HOWARD R. BIGGERS, III and ) | |
| DONALD BURNETTE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| BUSHMANS', INC., ) | |
| ) | |
| Intervening Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BIGGERS III PRODUCE, INC. ) | |
| d/b/a Charlotte's Finest Produce, et al., ) | |
| HOWARD R. BIGGERS, III and ) | |
| DONALD BURNETTE, ) | |
| ) | |
| Defendants. ) | |

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff L&M Companies, Inc. for admission *pro hac vice* of Katy Koestner Esquivel, and it appearing to the Court under Local Rule 83.1(B) that Ms. Esquivel should be admitted *pro hac vice* as representing Plaintiff L&M Companies, Inc.

**IT IS THEREFORE ORDERED** that the motion is granted and that Katy Koestner Esquivel is admitted to practice before this Court *pro hac vice*.

Signed: July 20, 2009

David C. Keesler
United States Magistrate Judge