# United States District Court
## For The Western District of North Carolina
### Charlotte Division

L&M Companies, Inc.,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                    3:08-cv-00309-RJC-DCK

Biggers III Produce, Inc.
D/b/a Charlotte's Finest Produce et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/13/2012 Order, 4/9/2010 Order, 11/15/2010 stipulation of dismissal, 7/25/2012 stipulation of dismissal, 6/28/2012 status report, and 7/25/2012 status report's.

                          Signed: August 14, 2012

                          Frank G. Johns, Clerk
                          United States District Court